JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZETTA WHITFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 24-4136-JPR<br><br>**J U D G M E N T** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Acting Commissioner's request for an order affirming her final decision is GRANTED and judgment is entered in the Acting Commissioner's favor.

DATED: December 12, 2024

　　　　　　　　　　　　　　　　　/s/ Jean Rosenbluth
　　　　　　　　　　　　　　　　　JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE